SCPW-15-0000892

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ANTHONY K. CHATMAN, Petitioner,

vs.

FIRST CIRCUIT COURT OF THE STATE OF HAWAIʻI, Respondent.

---

ORIGINAL PROCEEDING
(S.C. No. 26763; FC-CR NO. 02-1-0011; CR. NO. 02-1-2353)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

On November 18, 2015, the Office of the Chief Clerk received a letter from petitioner Anthony K. Chatman, dated November 3, 2015, in which he seeks a "direct appeal" to the Supreme Court to take jurisdiction over matters pending in FC-No. 02-1-0011. The letter was filed as a petition for a writ of mandamus. Upon consideration of the petition, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner is not presently entitled to the requested relief. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a

clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action); <u>Barnett v. Broderick</u>, 84 Hawaiʻi 109, 111, 929 P.2d 1359, 1361 (1996) (mandamus relief is available to compel an official to perform a duty allegedly owed to an individual only if the individual's claim is clear and certain, the official's duty is ministerial and so plainly prescribed as to be free from doubt, and no other remedy is available).  Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is denied.

IT IS HEREBY FURTHER ORDERED that the appellate clerks' office shall process the petition for a writ of mandamus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, December 8, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2